

1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ALEXIS HUNTER (NYSBN 3939824)
   Assistant United States Attorney
5
   450 Golden Gate Avenue
6  San Francisco, California 94102
   Telephone: (415) 436-6844
7  Facsimile: (41) 436-7234
   Alexis.Hunter@usdoj.gov
8
   Attorneys for Plaintiff
9
                 UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,       )   No.: CR 3-07-70007 JL
                                    )
14 |       Plaintiff,                )
                                    )   STIPULATION AND [PROPOSED]
15 |    v.                           )   ORDER EXCLUDING TIME UNDER
                                    )   THE SPEEDY TRIAL ACT
16 | PEDRO VALDIVIAS,                )
     a/k/a Manuel Chacon             )
17 |                                 )
                                    )
18 |       Defendant.                )
   |_____)
19

20      On January 12, 2007, the parties appeared before the Court for identification of counsel

21 and for defendant Pedro Valdivias' (aka Manuel Chacon's) arraignment on an Eastern District of

22 California indictment charging him with conspiracy to distribute and possess with intent to

23 distribute methamphetamine and MDMA, and possession of methamphetamine and MDMA with

24 intent to distribute (case 06 CR 00393 OWW). The United States was represented at the

25 proceeding by Assistant United States Attorney Alexis Hunter. Ms. Julia Jayne made a special

26 appearance at the proceeding for Defendant Chacon. The case was set over to February 20, 2007

27 for further proceedings before the Honorable Maria-Elena James.

28

Stipulation and [Proposed] Order
CR 3-07-70007 JL

1       During the proceeding, AUSA Hunter represented that in addition to this case, defendant
2  Valdivias has been engaged in criminal proceedings in the Northern District of California in
3  <u>United States v. Manuel Chacon aka Pedro Valdivias,</u> CR 01-0424 MJJ. Ms. Jayne then
4  indicated that given that the defendant now has criminal cases in both the Northern and Eastern
5  Districts of California that counsel would require a reasonable amount of time to: (1) consult
6  with the defendant as to whether it is in his best interest to request that the Eastern District case
7  be transferred to the Northern District pursuant to Federal Rule of Criminal Procedure 20 or to
8  request removal to the Eastern District; (2) obtain discovery on the Eastern District case; (3)
9  determine whether new counsel will need to be appointed to represent the defendant in the
10 Eastern District case; and (4) to consult with the defendant and the assigned prosecutor in the
11 Eastern District about the charges underlying the indictment in the Eastern District case. The
12 parties then jointly requested a continuance to February 20, 2007 for further status.

13      The parties also jointly requested that the time period from January 12, 2007 through and
14 including February 20, 2007 be excluded from the calculation of time under the Speedy Trial
15 Act. The defendant, through Ms. Jayne, consented to this exclusion of time.

16      Specifically, the parties moved to have the time from January 12, 2007 through and
17 including February 20, 2007 excluded from the time limits set forth in the Speedy Trial Act, 18
18 U.S.C. § 3161, on the grounds that failure to exclude the time would unreasonably deny the
19 defendant continuity of counsel and would deny counsel for the defendant the reasonable time
20 necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.
21 § 3161(h)(8)(B)(iv). In addition, the ends of justice would be served by the Court excluding the
22 proposed time period; these ends outweigh the best interest of the public and the defendant in a
23 speedy trial. 18 U.S.C. §§ 3161(h)(8)(A), (B)(iv).

24      With the consent of the parties, the period from January 12, 2007 through and including
25 February 12, 2007 shall be excluded from the Speedy Trial Act calculation under 18 U.S.C.
26 § 3161(h)(8)(A) and (B)(iv).
27 //
28 //

Stipulation and [Proposed] Order
CR 3-07-70007 JL                         2

1 | SO STIPULATED.

2

3 | DATED: _____(See Attachment)_____
JULIA JAYNE
4 | Counsel for Pedro Valdivias aka Manuel Chacon

5

6 | DATED: 2/8/07 _____
ALEXIS HUNTER
7 | Assistant United States Attorney

8

9 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

10

11 | DATED: 2/12/07 _____
THE HON. EDWARD M. CHEN
12 | UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
CR 3-07-70007 JL                               3

1 | SO STIPULATED.
2
3 | DATED:
                                    JULIA JAYNE
4                                   Counsel for Pedro Valdivias aka Manuel Chacon
5
6 | DATED: 2/8/07
                                    ALEXIS HUNTER
7                                   Assistant United States Attorney
8
9 | PURSUANT TO STIPULATION, IT IS SO ORDERED.
10
11 | DATED:
                                    THE HON. EDWARD M. CHEN
12                                  UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
CR 3-07-70007 JL                    3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT in the case of <u>United States v. Pedro Valdivias a/k/a Manuel Chacon</u>, No. CR 3-07-70007 JL to be served today as follows:

<u>By Facsimile to (415) 623-3605</u>

Ms. Julia Jayne
Campbell & Jayne LLP
350 Sansome Street, Suite 650
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this  8th  day of February, 2007, in San Francisco, California.

_/s/ Alexis Hunter_
ALEXIS HUNTER
Assistant U.S. Attorney