SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

ALEXIS HUNTER (CASBN 248630)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6844
Facsimile: (41) 436-7234
Email: Alexis.Hunter@usdoj.gov

Attorneys for Plaintiff

FILED
07 MAY -3 AM 10: 58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PEDRO VALDIVIAS,<br>a/k/a Manuel Chacon<br><br>Defendant. | No.: CR 3-07-70007 JL<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE |

Tomorrow, Thursday, May 3, 2007, the parties are scheduled to appear before the Court for a status hearing in the above-referenced case. The parties now jointly request that the status hearing be continued to Thursday, May 10, 2007 at 9:30 a.m. The reason for the request is that plea negotiations between the government and the defendant in this case and in <u>United States v. Manuel Chacon a/k/a Pedro Valdivias</u>, CR 01-0424 MJJ, are ongoing and the parties must confer about some matters that relate to the disposition of both cases. Government counsel had a personal matter that required her attention and caused her to travel out of state in the past few days, and thus, requires additional time to confer and exchange information with defense counsel related to the resolution of both cases. The parties believe that only a one-week continuance is

Stipulation and [Proposed] Order
CR 04-0424 MJJ

1 | required to accomplish this task

2 | SO STIPULATED.

3 |

4 | DATED:                                              /See Attachments
                                                        JULIA JAYNE
5 |                                                     Counsel for Manuel Chacon aka Pedro Valdivias

6 |

7 | DATED: 5/2/07                                       *Alexis Hunter*
                                                        ALEXIS HUNTER
8 |                                                     Assistant United States Attorney

9 |

10 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

11 | That the date for a status hearing in the above-referenced matter (CR 3-07-70007 JL)

12 | shall be continued from Thursday, May 3, 2007 at 9:30 a.m. to Thursday, May 10, 2007 at

13 | 9:30 a.m.

14 |

15 | DATED: May 2, 2007                                 *Elizabeth D. Laporte*
                                                        THE HON. ELIZABETH D. LAPORTE
16 |                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation and [Proposed] Order
CR 04-0424 MJJ                                          2

1 | required to accomplish this task
2 | SO STIPULATED.
3 |
4 | DATED:
5 |                                              JULIA JAYNE
                                                 Counsel for Manuel Chacon aka Pedro Valdivias
6 |
7 | DATED: 5/2/07                                _____
                                                 ALEXIS HUNTER
8 |                                              Assistant United States Attorney
9 |
10 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
11 | That the date for a status hearing in the above-referenced matter (CR 3-07-70007 JL)
12 | shall be continued from Thursday, May 3, 2007 at 9:30 a.m. to Thursday, May 10, 2007 at
13 | 9:30 a.m.
14 |
15 | DATED:
16 |                                              THE HON. ELIZABETH D. LAPORTE
                                                 UNITED STATES MAGISTRATE JUDGE
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Stipulation and [Proposed] Order
CR 04-0424 MJJ                                    2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of the STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE in the case of United States v. Pedro Valdivias a/k/a Manuel Chacon, No. CR 3-07-70007 JL to be served today as follows:

By Facsimile to (415) 623-3605

Ms. Julia Jayne
Campbell & Jayne LLP
350 Sansome Street, Suite #650
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this  2nd  day of May, 2007, in San Francisco, California.

*Alexis Hunter*
ALEXIS HUNTER
Assistant U.S. Attorney